**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re: THORNSBERRY ROYALE LLC    Case No.: 19-10778-RLE

_____ Debtor(s) _____/

### CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of ____ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: 10/21/19

_____
Signature of Debtor's Attorney or Pro Per Debtor

## CREDITORS

**1st position lien:**
FJM Private Mortgage Fund, LLC
1372 N McDowell Blvd, Suite D
Petaluma, CA 94954
Loan Number PMF-001111

Original loan amount: 2,437,500
Current pay-off demand: TBD (around 2.67M)

**Unsecured Debt:**
Compass Concierge, LLC
4615 N Park Ave
Chevy Chase, MD 20815
Project Number 214

Loan amount: 68.,083.83


**Unsecured Debt:**
Meridith Baer Home
4100 Ardmore Ave
South Gate, CA 90280

Outstanding balance: 2,096
Plus their staging furniture is currently at the house, valued at 150K


**Unsecured Debt:**
Ruedas Construction
Address TBD

Loan amount: TBD (roughly 30K)